IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

BILLY RAY DAVIS, :
AIS 138614,
 :
    Petitioner,
 :
vs.                                        CA 05-0647-WS-C
 :
BILLY MITCHEM,
 :
    Respondent.

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated March 27, 2007, is **ADOPTED** as the opinion of this Court.

DONE this 10th day of April, 2007.

                                                  s/WILLIAM H. STEELE
                                                 UNITED STATES DISTRICT JUDGE