IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BILLY RAY DAVIS, <br> AIS 138614, | : |
| | : |
| Petitioner, | : |
| | : |
| vs. | CA 05-0647-WS-C |
| | : |
| BILLY MITCHEM, | |
| | : |
| Respondent. | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner's petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 be dismissed as time barred pursuant to 28 U.S.C. § 2244(d). Alternatively, the petition is denied on the basis that this Court is procedurally barred from reaching the merits of the grounds raised in the petition.

DONE this 10th day of April, 2007.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE